BERTRAM A. UNGER, Appellant, v. FIRST NATIONAL SAVINGS BANK CORPORATION

OF PEST, BUDAPEST, Also Known as PESTI HAZAI ELSO TAKAREKPENZTAR-EGYESULET, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.